UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,           CRIMINAL NO. 07-20619
                            HONORABLE AVERN COHN

v.

D-01, TROILUS JAMAL MOSS,

    Defendant.
                             /

## ORDER GRANTING MOTION FOR BOND APPEAL FROM
## ORDER OF DETENTION PENDING TRIAL

On January 31, 2008 the Court held a hearing on the above referenced motion in this matter. For the reasons stated on the record,

**IT IS HEREBY ORDERED** that the motion is GRANTED.

**IT IS FURTHER ORDERED** that the defendant be released from the custody of the United States Marshal after the Pretrial Services Officer has verified the installation of a home phone line suitable for electronic monitoring.

**SO ORDERED**.


Dated: January 31, 2008          s/ Avern Cohn
                                    AVERN COHN
                                    UNITED STATES DISTRICT JUDGE